FILED
CLERK, U.S. DISTRICT COURT
JAN 27 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Ollie Stewart ) <br> Defendant. ) <br> _____ ) | Case No. CR07-0830 ODW <br><br> ORDER OF DETENTION AFTER HEARING <br> (Fed.R.Crim.P. 32.1(a)(6) <br> 18 U.S.C. § 3143(a) <br> · Allegations of Violations of <br> Probation/Supervised Release <br> Conditions) |

    On arrest warrant issued by the United States District Court for the <u>Central Dist of Cal</u>, involving alleged violations of conditions of probation/supervised release:

    1.    The court finds that no condition or combination of conditions will reasonably assure:

        A.    ( ✓ ) the appearance of defendant as required; and/or

        B.    ( ✓ ) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _See PSA report_ _____

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _See PSA report_ _____

IT IS ORDERED that defendant be detained.

DATED: _1-27-16_

_/s/ Frederick F. Mumm_
Frederick F. Mumm
United States Magistrate Judge

2